MERRICK SCOTT RAYLE (SBN 139478)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Tel:   (212) 608-1900
Fax:   (212) 719-4677

JOHN M. KELSON (SBN 75462)
LAW OFFICE OF JOHN M. KELSON
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Tel:   (510) 465-1326
Fax:   (510) 465-0827

JERRY K. CIMMET (SBN 33731)
Attorney at Law
177 Bovet Road, Suite 600
San Mateo, CA 94402
Tel:   (650) 866-4700
Fax:   (650) 866-4770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SINOW, DANIEL KEW and GARY PEREIRA on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC., et al., foreign corporations,<br><br>Defendants. | Case No.  C 06-04466 SC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint filed:   July 21, 2006<br>CMC date:          November 17, 2006 |

WHEREAS, a motion brought by plaintiffs' counsel in this action, on behalf of plaintiffs herein and on behalf of plaintiff in an action pending in the Eastern District of New York, is presently pending before the Judicial Panel of Multidistrict Litigation as Case No. MDL-1803 to coordinate or consolidate for pretrial proceedings several collective/class action cases brought against Banc of America Investment Services, Inc., and related entities, pending in multiple U.S. District Courts,

1
Stipulation and Order to Continue Case Management Conference and Related Deadlines

1 including the present case, and to transfer such cases to the United States District Court for the
2 Southern District of New York, for such proceedings, pursuant to 28 U.S.C. § 1407; and
3     WHEREAS, oral argument on the said motion has been scheduled by the MDL Panel for
4 November 30, 2006 in St. Louis, Missouri,
5     IT IS HEREBY STIPULATED by the undersigned attorneys for plaintiffs and the attorneys for
6 defendant Banc of America Investment Services, Inc., which has not yet appeared in this action,
7 subject to the approval of the court as provided below, that the case management conference in this
8 case, which is presently set for November 17, 2006, be continued to January 26, 2007 at the hour of
9 10:00 a.m., in Courtroom 1 of this Court and that all related dates set forth in the Court's Order Setting
10 Initial Case Management Conference and ADR Deadlines filed herein on July 21, 2006, be continued
11 accordingly, including the requirement to file the parties' Case Management Statement at least 7 days
12 before the Case Management Conference.
13     This stipulation does not constitute agreement by the undersigned attorneys for Banc of America
14 Investment Services, Inc. that said party was effectively served with process, nor are said attorneys
15 acting on behalf of any other named defendant.

16 Dated:  October 26, 2006          LOVELL STEWART HALEBIAN LLP
                                     LAW OFFICE OF JOHN M. KELSON
17                                   JERRY K. CIMMET

18

19                                   By     /s/ JERRY K. CIMMET
                                        JERRY K. CIMMET (SBN 33731)
                                        Attorneys for Plaintiffs
20

21 Dated:  October 26, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP

22

23                                   By     /s/ STEPHEN P. SONNENBERG
                                        STEPHEN P. SONNENBERG (SBN 164881)
                                        Attorneys for Banc of America Investment Services, Inc.
24

25
    APPROVED AND SO ORDERED this _27__ day of October, 2006.
26

27                                   _____
                                     United States District Judge
28

Stipulation and Order to Continue Case Management Conference and Related Deadlines