1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   M. KIRBY C. WILCOX (CA SB# 78576)
2  kirbywilcox@paulhastings.com
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105
4  Telephone: (415) 856-7002
   Facsimile: (415) 756-7100
5
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  STEPHEN P. SONNENBERG (CA SB# 164881, NY SB# 4431540)
   stephensonnenberg@paulhastings.com
7  75 East 55th Street
   First Floor
8  New York, NY 10022
   Telephone: (212) 318-6000
9  Facsimile: (212) 319-4090

10 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARIA A. AUDERO (CA SB# 210141)
11 mariaaudero@paulhastings.com
   515 South Flower Street
12 Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
13 Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
14
   Attorneys for Defendants
15 BANC OF AMERICA INVESTMENT SERVICES, INC., QUICK & REILLY,
   FLEET NATIONAL BANK, AND FLEET INVESTMENT SERVICES, INC.,
16 now known as FLEET PCG SERVICES, INC.

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

| IRENE SINOW, DANIEL KEW and GARY PEREIRA on behalf of themselves, the general public, and all others similarly situated, | CASE NO. C 06 4466 SC |
|---|---|
| Plaintiffs, | **STIPULATION TO BE RELIEVED OF PENDING DATES SET BY COURT IN LIGHT OF TRANSFER ORDER BY MULTI-DISTRICT LITIGATION PANEL** |
| vs. | |
| BANC OF AMERICA INVESTMENT SERVICES, INC., QUICK & REILLY, FLEET NATIONAL BANK, and FLEET INVESTMENT SERVICES, INC., a foreign corporations, | |
| Defendants. | |

Case No. C 06 4466 SC                              STIPULATION TO BE RELIEVED OF
LEGAL_US_W # 55388725.1                                         PENDING DATES

1  This Stipulation is made between Plaintiffs Irene Sinow, Daniel Kew, and Gary Pereira (collectively, "Plaintiffs") and Defendants Banc of America Investment Services, Inc., Quick & Reilly, Fleet National Bank, and Fleet Investment Services, Inc., (collectively, "BAI") through their counsel of record.

WHEREAS, on July 21, 2006, this Honorable Court set the Initial Case Management Conference for November 17, 2006;

WHEREAS, the instant matter was the subject of a motion to the Panel on Multi-District Litigation ("MDL Panel") seeking to centralize for coordinated and consolidated pretrial proceedings three actions filed against BAI, including this action, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1407 ("Transfer Motion");

WHEREAS, because of the pending Transfer Motion, on October 27, 2006, pursuant to the stipulation of the parties, this Honorable Court continued the Initial Case Management Conference to January 26, 2007;

WHEREAS, the MDL Panel heard argument on the Transfer Motion on November 30, 2006 and, on December 19, 2006, ordered transferred to the Central District of California the actions pending outside that district, including the instant action, and assigned those actions to the Honorable Alicemarie H. Stotler for coordinated or consolidated pretrial proceedings with the action pending in that district, entitled *James Karim, et al. v. Banc of America Investment Services, Inc.,* Case No. SACV06-167 AHS (MLGx);

WHEREAS, as of the date of the filing of this Stipulation, the MDL Panel's order transferring the case does not appear on this Court's docket;

1  WHEREAS, for the convenience of the Court, the parties attach as Exhibit A a true and correct copy of the MDL Panel's order transferring the instant case to the Central District of California;

NOW THEREFORE, the parties agree to ask the Court, in the interest of conserving judicial and party resources, for an order removing the Initial Scheduling Conference currently set for January 26, 2007 from the Court's calendar and relieving the parties of their duties under the Court's Order Setting Initial Case Management Conference and ADR Deadlines, including the duties under Rule 26 to meet-and-confer and exchange initial disclosures.

DATED: January 4, 2007            KIRBY C. WILCOX
                                  STEPHEN P. SONNENBERG
                                  MARIA A. AUDERO
                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                  By:     /s/ MARIA A. AUDERO
                                        MARIA A. AUDERO (SBN 210141)

                                  Attorneys for Defendants
                                  BANC OF AMERICA INVESTMENT SERVICES, INC., QUICK & REILLY, FLEET NATIONAL BANK, AND FLEET INVESTMENT SERVICES, INC., now known as FLEET PCG SERVICES, INC.

DATED: January 4, 2007            LOVELL STEWART & HALEBIAN
                                  LAW OFFICE OF JOHN M. KELSON
                                  JERRY K. CIMMET


                                  By:     /s/ JERRY K. CIMMET
                                        JERRY K. CIMMET (SBN 33731)

                                  Attorneys for Plaintiffs
                                  IRENE SINOW, DANIEL KEW, AND GARY PEREIRA

---

Case No. C 06 4466 SC           -2-            STIPULATION TO BE RELIEVED OF
LEGAL_US_W # 55388725.1                                    PENDING DATES

1 **[PROPOSED] ORDER**

3   HAVING reviewed the above stipulation, the Court hereby orders as
4 follows:

6   1.   The Initial Scheduling Conference currently set for January 26,
7 2007, and all dates related thereto, are taken off calendar;

9   2.   The parties are relieved of their obligations under Rule 26 to
10 meet-and-confer and exchange initial disclosures.

12 Dated: __1/8/07_____   _____
13                             Honorable [Samuel Conti]
14                             U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*